JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., AND UFOO, INC., F/S/O MILO ADDICA,<br><br>  Petitioners,<br><br>vs.<br><br>CAPITOL FILMS DEVELOPMENT, LLC,<br><br>  Respondent. | CASE NO.: CV09-4028 RSWL (JWJx)<br><br>JUDGMENT _____ |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Award and for Entry of Judgment in Conformity Therewith of Petitioners Writers Guild of America, West, Inc. and Ufoo Inc., f/s/o Milo Addica ("WGAW", "Guild" and/or "Petitioners") was taken under submission by the Honorable Judge Lew.  The Court having considered the pleadings and documents on file orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1.     The Arbitrator's Award ("Award") signed by Howard S. Block, Esq., the sole neutral Arbitrator, on February 12, 2009, is confirmed in all respects, but for a credit to Respondents for their payment of $35,000.00.

1      2. Capitol Films Development, LLC ("Respondent") is ordered to pay immediately to the WGAW the outstanding compensation, pension plan and health fund contributions and the accrued interest thereon in the total amount of $133,325,20. Respondent is also ordered to pay immediately to the WGAW interest on the unpaid compensation in the amount of $23,190.41 ("Conditionally Waived Interest"), which had accrued as of February 12, 2009, on the outstanding guaranteed compensation.

      3. Interest on the guaranteed compensation shall continue to accrue on any unpaid amount at the rate of one and one-half percent (1.5%) per month from February 12, 2009, and shall continue to accrue thereon until all sums are paid in full.

      4. Interest on the pension plan and health fund contributions shall continue to accrue on any unpaid amount at the rate of .83% per month from February 12, 2009, and shall continue to accrue thereon until all sums are paid in full.

      5. Respondents shall pay to the WGAW attorney's fees of $2,500.00 plus costs, in the amount of $350.00, which were incurred by the WGAW in confirming the award in a court of competent jurisdiction.

DATED: July 16, 2009

                                          /s/ Ronald S.W. Lew
                                          Honorable Ronald S.W. Lew
                                          Senior, U.S. District Court Judge